**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DISTRICT**

IN RE: EMMA BRASSIE                            **CHAPTER 7**
                                                                  **CASE NO. 22-51318 KMS**

******************************************************************

**EMMA K. BRASSIE**                                        **PLAINTIFF**

**VS.**                                                   **ADV. PRO. NO. 23-06004-KMS**

**DISCOVER BANK**                                    **DEFENDANT**

**STIPULATION OF DISMISSAL**

      Comes now, Emma Brassie and Discover Bank, by and through counsel, to stipulate to the dismissal of this action with prejudice. Each of the parties shall bear their own attorney's fees and costs.

Agreed to by:

/s/Bethany Bruce_____
Bethany Bruce, Esq.
Zwicker & Associates, P.C.
400 Vestavia Parkway, Suite 204
Vestavia Hills, AL 35216
800-383-4847
bbruce@zwickerpc.com

Submitted by:

/s/Michael Ramsey
Michael T. Ramsey
SHEEHAN & RAMSEY, PLLC
429 Porter Ave.
Ocean Springs, MS 39564
(228) 875-0572/ (228) 875-0895 fax
MS Bar No: 104978

## **CERTIFICATE OF SERVICE**

I, Michael T. Ramsey, do hereby certify that I have this day filed the foregoing by ECF which sent notice to all parties.

/s/ Michael T. Ramsey
Michael T. Ramsey, Atty for Debtor