# Proceeding Minutes / Proceeding Memo

**Case #:** 23-06004  **Case Name:** Brassie v. Discover Bank

**Set:** 10/31/2024 09:00 am  **Chapter:**   **Type:** ap  **Judge:** Katharine M. Samson

**matter** Motion For Summary Judgment Filed by Defendant Discover Bank (Dkt. #38)

Memorandum Brief in Support of Discover Bank's Motion for Summary Judgment (Dkt. #39)

Response filed by Emma K. Brassie (Dkt. #44)

Reply filed by Discover Bank (Dkt. #45)

---

Minute Entry Re: (related document(s): [38] Motion for Summary Judgment filed by Discover Bank) Stipulation of Dismissal filed 10/29/24. Hearing on Motion for Summary Judgment removed. (mcc)